1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
9                       AT TACOMA
10
11
   REGINALD IVAN COX,
12
                   Plaintiff,                Case No. C06-5131RJB
13
       v.
14
   PIERCE COUNTY *et al*.,                   ORDER DISMISSING
                                             THE PETITION
15                 Defendants,                WITHOUT PREJUDICE
16
17
       This Civil Rights Action has been referred to the undersigned Magistrate Judge pursuant to Title 28
18
   U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4.  Plaintiff filed
19
   this action under 42 U.S.C. § 1983.  When the court granted *in forma pauperis* status plaintiff filed a
20
   motion asking the action be **DISMISSED WITHOUT PREJUDICE.**  (Dkt. # 7).
21
       Pursuant to Fed. R. Civ. P. 41(a) a plaintiff may voluntarily dismiss his case when no answer or
22
   motion for summary judgment has been filed by an adverse party.  Rule 41(a)(1) specifically provides that
23
   dismissal as a matter of right can be foreclosed only by the filing of an answer
24
       This complaint has not been served and plaintiff may dismiss the action.
25
       The Clerk is directed to send a copy of this Order to plaintiff and to **DISMISS** this action
26
   **WITHOUT PREJUDICE.**
27
28

ORDER
Page - 1

DATED this 16th day of May, 2006.

*Robert J. Bryan* (signature)
Robert J. Bryan
United States District Judge

Recommended for entry this
16th day of May, 2006.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 2